August 13, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERTO PORRAS, Appellant

NO. 14-12-00131-CV                                  V.

MARY L. JEFFERSON, INDEPENDENT EXECUTOR OF THE ESTATE OF
ANDREW L. JEFFERSON, JR., DECEASED, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Mary L. Jefferson, Independent Executor of the Estate of Andrew L. Jefferson, Jr., Deceased, signed November 8, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause to the trial court for proceedings in accordance with this court's opinion.

We order appellee, Mary L. Jefferson, Independent Executor of the Estate of Andrew L. Jefferson, Jr., Deceased, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.